IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEBRHATO TSEHAI,

    Plaintiff,                    No. CIV S-05-0135 DFL DAD P

    vs.

TERESA A. SCHWARTZ, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action seeking pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        Plaintiff's complaint is dated January 15, 2005, and was filed on January 21, 2005. Plaintiff's in forma pauperis application was signed by a prison official on September 28, 2004, and does not include a certified copy of plaintiff's prison trust account statement for the six month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). Although plaintiff has attached a copy of an order granting him leave to proceed in forma pauperis in an older case, No. CIV F-04-6379 AWI WMW P, filed October 4, 2004, that order does not demonstrate that plaintiff is entitled to proceed in forma pauperis in a case filed more than three months later. Plaintiff's in forma pauperis application will be denied without

1 prejudice, and plaintiff will be granted thirty days to file a new application with a trust account
2 statement that includes the period from July 15, 2004, to January 15, 2005.
3  Accordingly, IT IS HEREBY ORDERED that:
4  1. Plaintiff's application to proceed in forma pauperis is denied;
5  2. Plaintiff shall file, within thirty days from the date of this order, a properly
6 completed application to proceed in forma pauperis on the form provided with this order;
7 plaintiff's new application must include a certified copy of his prison trust account statement that
8 includes the six month period from July 15, 2004, to January 15, 2005; plaintiff's failure to
9 comply with this order will result in a recommendation that this action be dismissed without
10 prejudice; and
11  3. The Clerk of the Court is directed to send plaintiff an Application to Proceed
12 In Forma Pauperis By a Prisoner for use in a civil rights action.
13 DATED: May 30, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
tseh0135.3cn