IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEBRHATO TSEHAI,

    Plaintiff,                    No. CIV S-05-0135 DFL DAD P

    vs.

TERESA A. SCHWARTZ, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file a properly completed application to proceed in forma pauperis on the form provided by the court. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 21, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted sixty days from the date of this order in which to file a properly completed application to proceed in forma pauperis on the form previously provided.

DATED: June 27, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
tseh0135.36